JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

JUSTIN YOOL OH,

       Plaintiff,

       v.

DEPARTMENT OF JUSTICE,

       Defendant.

No. 2:24-cv-02431-AB-BFM

**JUDGMENT**

      Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

      IT IS ADJUDGED that the Complaint in this matter is dismissed and the action is dismissed without prejudice for failure to prosecute and to follow court orders.

DATED: December 3, 2024

_____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE